UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION


ALEJANDRO ESPINOZA                                      CASE NO.  1:22-cv-24215-RNS

   Plaintiff,

vs.


PP RETAIL USA, LLC..
   Defendant,
_____/



## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      Plaintiff, Alejandro Espinoza, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.



Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

              ###